## Commonwealth *v.* Wrage, Appellant.

Submitted September 14, 1970. *Michael J. Dowd,* Public Defender, for appellant; *C. Wayne Smyth,* First Assistant District Attorney, and

854

*Maurice L. Epstein,* District Attorney, for Commonwealth, appellee.

Order affirmed.